UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

       vs.                      No. 1:25-cr-00139

TADREAS MARRAE WALKER,        Hon. Jane M. Beckering
  a/k/a "Mario,"                United States District Judge
WENDELL CHRISTOPHER WELLS,
  a/k/a "Wellsy," and           **SUPERSEDING**
MICHAEL PETER MOORED,         **<u>INDICTMENT</u>**

       Defendants.
_____/

       The Grand Jury charges:

## <u>COUNT 1</u>
(Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine)

       From in or about January 2024 to in or about February 2025, in Allegan County, Calhoun County, and Kent County, in the Western District of Michigan, Southern Division, and elsewhere, the defendants,

TADREAS MARRAE WALKER, a/k/a "Mario,"
WENDELL CHRISTOPHER WELLS, a/k/a "Wellsy," and
MICHAEL PETER MOORED,

knowingly and intentionally combined, conspired, confederated, and agreed with each other and with other persons, both known and unknown to the grand jury, to distribute and possess with intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance.

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(viii)

## COUNT 2
(Distribution of Methamphetamine)

On or about September 11, 2024, in Kent County, in the Western District of

Michigan, Southern Division, the defendant,

TADREAS MARRAE WALKER, a/k/a "Mario,"

knowingly and intentionally distributed 50 grams or more of methamphetamine, a

Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(viii)

## COUNT 3
(Distribution of Methamphetamine)

On or about October 16, 2024, in Allegan County, in the Western District of

Michigan, Southern Division, the defendant,

WENDELL CHRISTOPHER WELLS, a/k/a "Wellsy,"

knowingly and intentionally distributed 50 grams or more of methamphetamine, a

Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(viii)

## COUNT 4
(Distribution of Methamphetamine)

On or about November 6, 2024, in Allegan County, in the Western District of

Michigan, Southern Division, the defendant,

WENDELL CHRISTOPHER WELLS, a/k/a "Wellsy,"

knowingly and intentionally distributed 50 grams or more of methamphetamine, a

Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(viii)

## COUNT 5
(Distribution of Methamphetamine)

On or about December 12, 2024, in Allegan County, in the Western District of

Michigan, Southern Division, the defendant,

WENDELL CHRISTOPHER WELLS, a/k/a "Wellsy,"

knowingly and intentionally distributed 50 grams or more of methamphetamine, a

Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(viii)

## COUNT 6
(Distribution of Methamphetamine)

On or about January 28, 2025, in Allegan County, in the Western District of

Michigan, Southern Division, the defendant,

WENDELL CHRISTOPHER WELLS, a/k/a "Wellsy,"

knowingly and intentionally distributed 50 grams or more of methamphetamine, a

Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(viii)

## **COUNT 7**
(Possession with Intent to Distribute Methamphetamine)

On or about February 5, 2025, in Allegan County, in the Western District of

Michigan, Southern Division, the defendant,

WENDELL CHRISTOPHER WELLS, a/k/a "Wellsy,"

knowingly and intentionally possessed with intent to distribute 5 grams or more of

methamphetamine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)(viii)

## COUNT 8

(Possession with Intent to Distribute Controlled Substances)

On or about February 5, 2025, in Allegan County, in the Western District of Michigan, Southern Division, the defendant,

### MICHAEL PETER MOORED,

knowingly and intentionally possessed with intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, a detectable amount of cocaine, a Schedule II controlled substance, a detectable amount of 3,4-methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance, and a detectable amount of lysergic acid diethylamide (LSD), a Schedule I controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(viii)
21 U.S.C. § 841(b)(1)(C)

**FORFEITURE ALLEGATION**
(Conspiracy to Distribute Methamphetamine and Distribution of
Methamphetamine)

The allegations contained in Counts 1 and 2 of this Superseding Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853.

Pursuant to 21 U.S.C. § 853, upon conviction of any offense in violation of 21 U.S.C. § 846 or 21 U.S.C. § 841, set forth in Counts 1 and 2 of this Superseding Indictment, the defendant,

TADREAS MARRAE WALKER, a/k/a "Mario,"

shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.  The property to be forfeited includes, but is not limited to, $4,731 in U.S. Currency seized in a backpack belonging to TADREAS MARRAE WALKER a/k/a "Mario," in a residence at which he was staying on Wellington Avenue in Battle Creek, Michigan, during the execution of a search warrant on February 5, 2025.

21 U.S.C. § 853(a)(1), (2)
21 U.S.C. § 846
21 U.S.C. § 841(a)(1)

A TRUE BILL

[ /s/ Redacted ]

GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

VITO S. SOLITRO
Assistant United States Attorney